Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiffs
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JASON BERNARD BROWN, et al. <br><br> Defendants. | CASE NO. 2:11-cv-00648-KJM-GGH <br><br> PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER VACATING THE INITIAL SCHEDULING CONFERENCE; AND ORDER |

**TO THE HONORABLE KIMBERLY J. MUELLER, THE DEFENDANTS, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff J & J Sports Productions, Inc. hereby applies *ex parte* for an order vacating the Initial Scheduling Conference in this action, presently set for Wednesday, August 3, 2011 at 10:00 A.M. This request will be, and is, necessitated by the fact that defendants Jason Bernard Brown and Lawrence L. Brown, individually and d/b/a American Spirit Sports Bar; and Jbeezy Enterprises, LLC, an unknown buisness entity d/b/a American Spirit Sports Bar are in default and Plaintiff's Application for Default Judgment will soon be filed with this Honorable Court.

As such, as of this writing, Plaintiff has yet to receive an answer or any other responsive pleading from the defendants.  As a result, Plaintiff's counsel has not conferred with the defendants concerning the claims, discovery, settlement, ADR or any of the other pertinent issues involving the case itself or the preparation of a Joint Scheduling Conference Statement.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court vacate the Initial Scheduling Conference presently scheduled for Wednesday, August 3, 2011 at 10:00 A.M. in order that Plaintiff and its counsel may avoid necessary fees and costs in this matter presently pending final disposition by virtue of Plaintiff's Application for Default Judgment by the Court.

                                            Respectfully submitted,

Dated: July 26, 2011                  */s/ Thomas P. Riley*
                                          **LAW OFFICES OF THOMAS P. RILEY, P.C.**
                                           By: Thomas P. Riley
                                           Attorneys for Plaintiff
                                           J & J Sports Productions, Inc.

///

///

///

///

///

///

///

///

///

///

///

# ORDER

It is hereby ordered that the Initial Scheduling Conference in civil action number 2:11-cv-00648-KJM-GGH styled *J & J Sports Productions, Inc. v. Jason Bernard Brown, et al.*, is hereby vacated.

Plaintiff shall also serve a copy of this Order on the Defendants and thereafter file a Certification of Service of this Order with the Clerk of the Court.

**IT IS SO ORDERED**:

DATED:  August 1, 2011.

_____
UNITED STATES DISTRICT JUDGE