UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK
501 "I" STREET
SACRAMENTO, CA  95814

J&J Sports Productions, Inc.

    v.

Jason Brown, et al.

DEFAULT JUDGMENT

Case No. CIV S-11-0648-KJM-CKD

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED in the amount of $85,000.00 against defendants:

    Jason Brown, Lawrence Brown and Jbeezy Enterprises, LLC

December 30, 2011

VICTORIA C. MINOR, CLERK

By:  /s/ K. Zignago
K. Zignago, Deputy Clerk