Eric Bensamochan, Bar #255482
The Bensamochan Law Firm
30851 Agoura Rd # 114
Agoura Hills, Ca 91301
818-907-5866  (FAX) 818-461-5959
ATTORNEY FOR PLAINTIFF

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

J&J SPORTS PRODUCTIONS, INC,  )
                              )
        Plaintiff,            )   Case No.: 2:11-CV-00648-KJM-CKD
                              )
vs.                           )   **RENEWAL OF JUDGMENT**
                              )
JASON BERNARD BROWN, et al,   )
                              )
        Defendant,            )

      Having reviewed plaintiff J&J Sports Production Inc.'s application at ECF No. 31, the court renews the December 30, 2011 judgment in favor of plaintiff and against defendants Jason Bernard Brown, doing business as American Spirit Sports Bar; Lawrence L. Brown, doing business as American Spirit Sports Bar; and Jbeezy Enterprises, LLC, doing business as American Spirit Sports Bar.  That judgment is renewed in the amounts as set forth below:

| | | | |
|---|---|---|---:|
| a. | Total judgment | $ | 85,000.00 |
| b. | Costs after judgment | $ | 00.00 |
| c. | Subtotal *(add a and b)* | **$** | **85,000.00** |
| d. | Credits | $ | 00.00 |
| e. | Subtotal *(subtract d from c)* | **$** | **85,000.00** |
| f. | Interest after judgment (.12%) | $ | 1,014.13 |
| g. | Fee for filing renewal of application | $ | 00.00 |
| **h.** | **Total renewed judgment (add e, f and g)** | **$** | **86,014.13** |

DATED:  August 2, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Renewal of Judgment